# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Minna-Marie Brandt, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 3:22-cv-00304-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Damian Caracciolo, | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2022 Order.

November 30, 2022

*(signature)*

Frank G. Johns, Clerk
United States District Court